BEFORE THE THIRD DIVISION, MAY 2, 1950

**No. 54299.**—A. Millner Co. *v.* United States, protest 151290–K (New York).

Opinion by CLINE, J.  In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.